NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

STATE OF FLORIDA,                    )
                                     )
          Appellant,                 )
                                     )
v.                                   )          Case No. 2D17-3665
                                     )
NICHOLAS JOSEPH DESABATINO,          )
                                     )
          Appellee.                  )
_____)

Opinion filed October 31, 2018.

Appeal from the Circuit Court for Sarasota
County; Thomas W. Krug, Judge.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Jeffrey H. Siegal,
Assistant Attorney General, Tampa,
for Appellant.

Christopher E. Cosden of Law Office of
Christopher E. Cosden, Fort Myers, for
Appellee.


PER CURIAM.


          Affirmed.


MORRIS, SALARIO, and ATKINSON, JJ., Concur.